**STATE of Missouri, Respondent,**

v.

**Hosie Lee WARREN, Appellant.**

**No. WD 60451.**

Missouri Court of Appeals,
Western District.

Oct. 15, 2002.

Craig A. Johnston, Assistant Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Hosie Lee Warren appeals his convictions after a jury trial in the Lafayette County circuit court for possession of cocaine with the intent to distribute, deliver or sell, driving a motor vehicle with a suspended license (a Class A misdemeanor); and his concurrent sentences of twenty years and six months respectively.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).